Robert A. JONES, Petitioner,

v.

John B. CHESTER et al., Respondents.

No. A–10682.

Supreme Court of Texas.

June 9, 1965.

William P. Fonville, Dallas, for petitioner.

Shank, Irwin, Chester & Conant, Brundidge, Fountain, Elliott & Churchill, Dallas, for respondents.

PER CURIAM.

It being made known by joint motion of the parties that this cause has been fully settled and compromised and is now moot, it is accordingly ordered that this cause be dismissed without reference to the merits of the appeal.